

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 2:08cv1398 |
|---|---|---|
| VS. | * | JUDGE JAMES T. TRIMBLE, JR. |
| SCOTT ERIC SAVANT | * | MAGISTRATE KATHLEEN KAY |

## JUDGMENT

The defendant having been duly served, more than the required number of days having elapsed, and defendant having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiff, United States of America, and against defendant, SCOTT ERIC SAVANT, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---:|
| Unpaid principal balance of $59,288.94 note dated March 2, 1995 | $ 30,686.32 |
| Accrued interest as of July 23, 2008 | 3,588.29 |
| Plus interest thereafter at the note rate of 5.00% until date of judgment | |
| Unpaid principal balance of $9,408.04 note dated May 10, 1995 | $ 2,274.86 |
| Accrued interest as of July 23, 2008 | 165.24 |
| Plus interest thereafter at the note rate of 5.25% until date of judgment | |
| Lien Search | 60.00 |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

| Number | Kind | Size and Type |
| --- | --- | --- |
| 8 | Grain Bin | 1400 Bar |
| 1 | Grain Bin | 2200 Bar |

IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in _Alexandria_, Louisiana, this _14th_ day of _May_, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT